# MINUTE ORDER

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**      Date: 7/23/2019   Time: 1:30 p.m.

Defendant: DROR SVORAI      J#: 18277-104      Case #: 19-3164-MJ-LOUIS

AUSA: Jaimes Raich      Attorney: Bob Amsel (Perm)

Violation: N/D/OH/WARR/COMP/CONSP/SECURITIES FRAUD/WIRE FRAUD      Surr/Arrest Date: 7/23/2019      YOB: 1968

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ◯ Yes  ✓ No      Recommended Bond:

Bond Set at:      Co-signed by:

- [✓] **Surrender and/or do not obtain passports/travel docs (U.S. and Israeli)**
- [✓] **Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person**
- [ ] Random urine testing by Pretrial Services
     Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [✓] **Not to encumber property**
- [ ] May not visit transportation establishments
- [✓] **GPS Monitoring only** Curfew _____ pm to _____ am, **paid by** Defendant
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [✓] **Travel extended to: S/D OF FLORIDA & N/D OF OHIO**
- [ ] Other:

Language: English

Disposition:
Defendant advised of rights and charges

Counsel files permanent appearance

**STIP $1 million PSB cosigned by brother Dekel Svorai; the Court inquired of cosignor (no hrg. held); Court sets (released)**

Defendant Waives removal; Order of Removal executed

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:50:18      Time in Court: 8 mins

s/Lauren F. Louis      Magistrate Judge